FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 02 2009 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
(Long Island Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br><br> v. <br><br> STEPHEN E. APOLANT, <br><br> Defendant. | CV 04-4199 (ADS)(ETB) <br><br> Honorable Arthur Spatt |

### JOINT MOTION TO DISMISS WITH PREJUDICE

The Securities and Exchange Commission ("Commission") and defendant Stephen Apolant ("Apolant") jointly request that all claims asserted by the Commission against Apolant in this action be voluntarily dismissed with prejudice.

In connection with the Commission's dismissal of this action, Apolant waives any claim or cause of action he may have against the federal government or its representatives for attorneys fees, expenses or costs incurred in connection with this action. A proposed stipulated order accompanies this motion.

_____
Steven Altman
Altman & Company, P.C.
260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel No. 212-683-7600
Fax: 212-683-7655
Email: saltman@altmanco.net
Attorneys For Stephen Apolant

Date: 7/1/09

Respectfully submitted,

_____
H. Michael Semler
Reid A. Muoio
Keisha West
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Tel: 202-551-4429
Attorneys for the Securities and Exchange Commission

Date: 7/1/09

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN E. APOLANT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CV 04-4199 (ADS)(ETB) <br> ) <br> ) Honorable Arthur Spatt <br> ) <br> ) |

### STIPULATED ORDER OF DISMISSAL

Whereas plaintiff Securities and Exchange Commission ("Commission") and defendant Stephen Apolant ("Apolant") jointly request that all claims asserted by the Commission against Apolant in this action be voluntarily dismissed with prejudice;

THEREFORE, IT IS HEREBY ORDERED that all claims asserted by the Commission against Apolant in this action are voluntarily dismissed with prejudice, each side to bear its own costs, attorneys fees, and expenses.

Dated: 7/1/09

_____
Hon. Arthur Spatt
United States District Judge

We stipulate to entry of the foregoing order.

_____
Steven Altman
Altman & Company, P.C.
260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel No. 212-683-7600
Fax: 212-683-7655
Email: saltman@altmanco.net
Attorneys For Stephen Apolant

_____
H. Michael Semler
Reid A. Muoio
Keisha West
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Tel: 202-551-4429
Attorneys for the Securities and Exchange Commission

Case Closed. So Ordered.

_____
Arthur D. Spatt, U.S.D.J.   7/4/09